## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |
|---|---|
| ANTWAUN SMITH, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>METLIFE, INC.,<br><br>        Defendant. | Case No. 1:25-cv-15004<br><br>Hon. Georgia N. Alexakis |

### NOTICE OF MOTION

To: All Counsel of Record

PLEASE TAKE NOTICE that on January 5, 2026, at 9:30 a.m., we shall appear before the Honorable Judge Georgia N. Alexakis in Courtroom 1719 at 219 South Dearborn Street, Chicago, Illinois, 60604, and then and there present MetLife, Inc.'s **Unopposed Motion for Extension of Time to Respond to the Complaint**, copies of which are being served on you through the Court's CM/ECF Electronic Filing System.

Dated: December 22, 2025               Respectfully Submitted,

                    */s/ Laura Mahoney*

Sari Alamuddin (6215689)
Hannah Fisher (6342176)
Laura Mahoney (6346101)
Morgan, Lewis & Bockius LLP
110 North Wacker Drive, Suite 2800
Chicago, IL 60606
T: (312) 324-1000
F: (312) 324-1001
sari.alamuddin@morganlewis.com
hannah.fisher@morganlewis.com
laura.mahoney@morganlewis.com

*Attorneys for MetLife, Inc.*

1

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2025 the foregoing was electronically filed with the

Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to

all counsel of record, including:

Bret K. Pufahl
Elizabeth C. Chavez
Kathleen C. Chavez
Foote, Mielke, Chavez & O'Neil, LLC
1541 East Fabyan Parkway, Suite 101
Geneva, Illinois 60134
P: (630) 232-7450
F: (630) 232-7452
bkp@fmcolaw.com
ecc@fmcolaw.com
kcc@fmcolaw.com

*/s/ Laura Mahoney*
Laura Mahoney