**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ANTWAUN SMITH, on behalf of himself and all others similarly situated, <br><br>         Plaintiff, <br><br>   v. <br><br> METLIFE, INC., <br><br>         Defendant. | Case No. 1:25-cv-15004 <br><br> Hon. Georgia N. Alexakis |

**DEFENDANT'S UNOPPOSED MOTION
FOR AN EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

Defendant MetLife, Inc. ("MetLife"), by and through its undersigned counsel, respectfully submits this Unopposed Motion for an Extension of Time to Respond to the Complaint:

1. On December 10, 2025, Plaintiff filed the Complaint, and on December 17, 2025, served the Complaint and Summons on MetLife.

2. MetLife's current deadline to answer or otherwise respond to the Complaint is January 7, 2026.

3. MetLife has only recently retained counsel, and counsel has not yet had the opportunity to complete its investigation into the Complaint. Additionally, given the upcoming holidays and related travel for defense counsel and client personnel, as well as other professional obligations over the next several weeks, MetLife requires additional time to prepare its responsive pleading.

4. On December 19, 2025, counsel for MetLife contacted Plaintiff's counsel to request their consent to a 30-day extension of time for MetLife to respond to the Complaint. Plaintiff's counsel consented to the request for an extension of time.

1

5.  This is MetLife's first request for an extension of time to file a responsive pleading in this case, and it is sought in good faith. A 30-day extension of time to file a responsive pleading will not cause excessive delay in the litigation, nor will it prejudice the parties in any way.

WHEREFORE, MetLife respectfully requests that the Court grant this motion and extend the time for MetLife to move, answer, or otherwise respond to the Complaint, up to and including February 6, 2025.

Dated: December 22, 2025                    Respectfully Submitted,

*/s/ Laura Mahoney*
Sari Alamuddin (6215689)
Hannah Fisher (6342176)
Laura Mahoney (6346101)
Morgan, Lewis & Bockius LLP
110 North Wacker Drive, Suite 2800
Chicago, IL 60606
T: (312) 324-1000
F: (312) 324-1001
sari.alamuddin@morganlewis.com
hannah.fisher@morganlewis.com
laura.mahoney@morganlewis.com

*Attorneys for MetLife, Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2025, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record, including:

Bret K. Pufahl
Elizabeth C. Chavez
Kathleen C. Chavez
Foote, Mielke, Chavez & O'Neil, LLC
1541 East Fabyan Parkway, Suite 101
Geneva, Illinois 60134
P: (630) 232-7450
F: (630) 232-7452
bkp@fmcolaw.com
ecc@fmcolaw.com
kcc@fmcolaw.com

*/s/ Laura Mahoney*
Laura Mahoney